UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J. C.,

    Plaintiff,

v.

UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS),

    Defendant.

Case No. 26-cv-00262-HSG

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America et al*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: 1/13/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge